**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01261-CR

**TOMMY STONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-59672-Y**

## ORDER

The Court **REINSTATES** the appeal.

On June 17, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by appointed counsel; (3) Riann Moore of the Dallas County Public Defender's Office explained that the delay in filing appellant brief is that she was on maternity leave until July 1, 2013; and (4) Ms. Moore indicated she could file appellant's brief within thirty days of July 22, 2013.

We note that Ms. Moore filed an extension motion on April 10, 2013, seeking an extension until May 17, 2013 to file appellant's brief. Neither in that motion nor at any other time did Ms. Moore seek additional time due to her maternity leave, nor did any other member of

the Dallas County Public Defender's Office seek additional time on Ms. Moore's behalf due to her maternity.  Accordingly, we **ORDER** appellant to file his brief by **AUGUST 21, 2013**.  No further extensions will be granted.  If appellant's brief is not filed by the date specified, we will order Riann Moore and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Riann Moore, Dallas County Public Defender's Office; and Michael Casillas, Dallas County District Attorney's Office.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE